## AFFIDAVIT

John B. Murphey, being first duly sworn upon oath, state as follows:

1. I am the lead defense counsel on this case.

2. At the conclusion of yesterday's Court appearance, counsel for Plaintiffs indicated they would provide a draft Order by mid-afternoon.

3. As of 8:00 a.m. today, July 24, 2019, defense counsel have received nothing from Plaintiffs' counsel.

4. I have forwarded a draft Order to Plaintiffs for review and comment.

5. I represent the City of Darien. There is a 1:30 p.m. hearing at DuPage County today in the highly-publicized case of *People of the State of Illinois v. Sterigenics*, 2018 CH 001329. I must leave the office by 11:00 a.m.

6. I will not have the time to negotiate the Order today. Co-counsel and I will also need to review drafts with the client. Depending on what happens this afternoon in *Sterigenics*, my time tomorrow may be limited. All of this makes it not realistic to submit an order by noon today.

7. No prejudice will result to Plaintiffs. The City stands by its commitment that it will register or re-register the Plaintiffs at their current residences, and they will not be at any risk of having to leave their residences pending Order of Court.

This completes my Affidavit.

DATED: July 24, 2019.

_____
John B. Murphey

SUBSCRIBED AND SWORN TO
Before me this 24th day of July, 2019.

_Sharon M Ladewski_
Notary Public

> Official Seal
> Sharon M Ladewski
> Notary Public State of Illinois
> My Commission Expires 05/17/2020